

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00629-CR

Kevin Apolinar **JOHNS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2450
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 10, 2019.

_____
Rebeca C. Martinez, Justice